1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GERARDO LOPEZ-DELOYA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) No. Cr.S. 11-0052-JAM
                                  )
13            Plaintiff,          )
                                  ) STIPULATION AND ORDER TO CONTINUE
14     v.                         ) STATUS CONFERENCE
                                  )
15 GERARDO LOPEZ-DELOYA,          ) Date:   May 22, 2012
                                  ) Time:   9:30 a.m.
16            Defendant.          ) Judge:  Honorable John A. Mendez
                                  )
17 _____ )

18

19

20     IT IS HEREBY STIPULATED by and between the parties hereto through

21 their respective counsel, MICHELE BECKIWTH, Assistant United States

   Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant
22
   Federal Defender, attorney for defendant, that the status conference
23
   set for May 1, 2012, at 9:30 a.m., be rescheduled to May 22, 2012, at
24
   9:30 a.m..
25
       The parties have reached a resolution to this matter, but
26
   additional time is needed to receive and review the pre-plea
27
   Presentence Report in preparation for a change of plea and sentencing.
28

The parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation, April 27, 2012, through and including May 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for preparation of defense counsel, and Local Code T4.

Dated: April 27, 2012         Respectfully submitted,

DANIEL BRODERICK
Federal Defender


/s/ Ben Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant


Dated: April 27, 2012         BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, April 27, 2012, through and including May 22, 2012.

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for May 22, 2012, at 9:30 a.m..

DATED: 4/27/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge